IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES BEEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-02-285-RAW |
| | ) |
| O.K. INDUSTRIES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On August 16, 2011, Magistrate Judge West entered a Report and Recommendation regarding certain pending motions. No objection has been filed. The Report and Recommendation will be followed, and is hereby adopted as the order of the court.

It is the order of the court that plaintiff's motion to approve plan of distribution (#664) and class counsel's motion for attorney's fees, nontaxable costs and class representative fees (#665) are hereby GRANTED as more specifically set forth in the Report and Recommendation.

ORDERED THIS 26 DAY OF SEPTEMBER, 2011.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE